Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:                                            :
Fosamax Products Liability Litigation             :
-------------------------------------------------x
*This Document Relates to:*                       :   1:06-md-1789 (JFK)
Geraldine Gilliam                                 :
v. Merck & Co., Inc.                              :
                                                  :
Case No: 1:08-cv-03205-JFK                        :   **Rule 7.1 Statement**
-------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       May 1, 2008

    Respectfully submitted,

    HUGHES HUBBARD & REED LLP

    By: /s/
       Norman C. Kleinberg
       Theodore V. H. Mayer
       William J. Beausoleil

    One Battery Park Plaza
    New York, New York 10004-1482
    (212) 837-6000
    beausole@hugheshubbard.com
    kleinber@hugheshubbard.com
    mayer@hugheshubbard.com
    *Attorneys for Defendant Merck & Co., Inc.*